UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
　　　　　*Plaintiff-Appellee,*

v.

CHRISTOPHER LEE HICKMAN,
　　　　　*Defendant-Appellant.*

No. 02-4176

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Robert E. Payne, District Judge.
(CR-99-171)

Submitted: August 12, 2002

Decided: September 3, 2002

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**COUNSEL**

Frank W. Dunham, Jr., Federal Public Defender, Amy Leigh Austin, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Stephen W. Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Christopher Lee Hickman appeals the district court's sentence of twenty-four months in prison, to run consecutively with his state sentence, following revocation of his supervised release. Hickman argues the district court erred by imposing a twenty-four month consecutive sentence when the sentencing guidelines range was four to ten months in prison.

The policy statement in *U.S. Sentencing Guidelines Manual* § 7B1.3(f) (2000) provides that a term of imprisonment for revocation of supervised release "shall be ordered to be served consecutively to any sentence of imprisonment the defendant is serving . . . ." The policy statements in Chapter 7 are non-binding advisory guides, and the district court's sentence is reviewed for abuse of discretion. *United States v. Davis*, 53 F.3d 638, 642-43 (4th Cir. 1995). We conclude the district court did not abuse its discretion in either imposing the twenty-four month sentence for the violation of supervised release or in ordering it to be served consecutively to his state sentences.

We therefore affirm Hickman's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*